TRUMAN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by George R. Truman against Philip Smith. No opinion. Judgment of the Municipal Court affirmed, with costs.

TUOHY, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1904.) Action by Thomas F. Tuohy against the Long Island Railroad Company. No opinion. Motion denied, with $10 costs.

TWELFTH WARD BANK OF CITY OF NEW YORK v. SPIERS et al. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by the Twelfth Ward Bank of the City of New York against Joseph Spiers and others. E. Rosenthal, for appellant. J. E. Bullen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ULANOFF v. COHEN. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Harris Ulanoff against Barned Cohen. No opinion. Motion denied, with $10 costs.

In re UNION TRUST CO. (Supreme Court, Appellate Division, First Department. March 11, 1904.) In the matter of the Union Trust Company, as substituted trustee of Richard M. Hoe. R. B. Moffat, for appellant. E. B. Whitney and R. E. Deyo, for respondent. No opinion. Decree affirmed, with costs. See 71 N. Y. Supp. 844.

UNITED STATES, to Use of NICHOLS, v. UNION SURETY & GUARANTY CO. et al. (Supreme Court, Appellate Term. February 23, 1904.) Action by the United States of America, to the use and benefit of Adelbert S. Nichols, against the Union Surety & Guaranty Company and others. From a judgment overruling its demurrer to the complaint, defendant company appeals. Affirmed. Van Schaick & Norton (Wilson B. Brice, of counsel), for appellant. Goeller, Schaffer & Eisler (Robert Goeller, of counsel), for respondent.

PER CURIAM. The defendant demurred to plaintiff's complaint on the grounds: (1) That the plaintiff has not legal capacity to sue, because he has not obtained leave of the United States of America to bring this action; (2) that this court has not jurisdiction of the subject of the action; and (3) that the complaint does not state facts sufficient to constitute a cause of action. The questions presented under the first two grounds are fully controlled by the opinion and decision of the Appellate Division of this Department in Alexander, as Trustee, etc., v. Union Surety & Guaranty Co., 89 App. Div. 3, 85 N. Y. Supp. 282, and consequently they must be determined in favor of the plaintiff. That being so, the complaint, as a

whole, does state facts sufficient to constitute a cause of action. The judgment appealed from must be affirmed with costs.

In re VAN WYCK et al. (Supreme Court, Appellate Division, First Department. January 22, 1904.) In the matter of Robert A. Van Wyck and others. No opinion. Motion denied.

VAUBEL, Appellant, v. KNOX et al., Respondents. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Gertrude Vaubel against Mary W. Knox and others. C. Dushkind, for appellant. T. B. Chancellor and A. C. Salmon, for respondents. No opinion. Appeal from decision dismissed. Interlocutory judgment affirmed, with costs, with leave to plaintiff to amend complaint, upon payment of costs in this court and in the court below.

VLASTO, Respondent, v. VLASTO, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Elizabeth R. Vlasto against Solon J. Vlasto. L. F. Doyle, for appellant. A. H. Kaffenburgh, for respondent. No opinion. Order modified, by reducing counsel fee to the sum of $150, and, as so modified, affirmed, without costs.

WALLACE, Appellant, v. JONES et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 11, 1904.) Action by George Wallace against Williams H. Jones and others. No opinion. Judgment affirmed, with costs.

WALL v. UNITED ELECTRIC LIGHT & POWER CO. et al. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Francis H. Wall against the United Electric Light & Power Company and George W. Simpson. H. Aplington, for appellants. H. J. Hemmens, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WARD, Respondent, v. MYERS, Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Martin J. Ward against Charles R. Myers. G. W. Betts, Jr., for appellant. W. N. O'Neil, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WARD, Respondent, v. SUPREME COUNCIL, A. L. H., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Sarah Ward against the Supreme Council, American Legion of Honor. No opinion. Judgment affirmed, with costs, on the authority of Simon v. Supreme Council, A. L. H. (decided herewith) 86 N. Y. Supp. 866.